IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
16 DEC 20 PM 2: 56
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| GUADALUPE PADILLA, § | |
| Petitioner, § | |
| § | |
| V. § | A-16-CA-975-SS |
| § | |
| LORIE DAVIS, Director, § | |
| Texas Dept. of Criminal Justice- § | |
| Correctional Institutions Division, § | |
| Respondent. § | |

## JUDGMENT

BE IT REMEMBERED on this day the Court entered its order denying Petitioner Guadalupe Padilla's federal habeas corpus petition under 28 U.S.C. § 2254, and thereafter the Court enters the following judgment:

IT IS ORDERED, ADJUDGED, and DECREED that Petitioner Guadalupe Padilla's federal habeas corpus petition under 28 U.S.C. § 2254 is DENIED.

SIGNED this 20th day of December 2016.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE